Case 1:23-cv-00227-SJB   ECF No. 1,  PageID.1   Filed 03/06/23   Page 1 of 2

1:23-cv-227
Sally J. Berens
United States Magistrate Judge

FILED - KZ
March 6, 2023 12:07 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
__ems__ Scanned by ___/___

I Travis Guntle JR am suein Vanburen County Jail and staff members Smalls and Johnson for excessive force, mental anguish, pain and suffering, a violation of my fourth amendment right.

On or about the day of October 4th 2022. Sgt. Smalls and Sgt. Johnson restrained me and smashed my head against the ground while I had handcuffs behind my back. I asked who committed these offenses, and Sgt. Johnson replied "I did". I had a black eye from the situation at hand. They carried me to a restraint chair, and Sgt. Smalls continuously chocked me until the point of unconciousness. When I came to, the officers then continues to raped their knuckles against my chest that eventually left bruises. I did not recieve any medical treatment. They left me in the restraint chair for 3 plus hours covered in mace. None of this was reported, but there is body-cam footage. I was in cell 7 which has 3 cameras in the room. There is also a camera in the hallway.

Travis Gunter JR
321 M-62 North
Cassopolis, MI
49031

410 West Michigan Avenue
Kalamazoo, Michigan
49007

49007-975799